**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                    **CASE NO. 4:09CR00002-01 BSM**

**MONTRELL AUSTIN**                                                              **DEFENDANT**

## JUDGMENT FOR REVOCATION

For the reasons stated from the bench during the December 3, 2014, revocation hearing, the government's motion to revoke defendant Montrell Austin's supervised release [Doc. No. 60] is granted.  Accordingly, Austin is hereby committed to the custody of the United States Bureau of Prisons for a term of eight (8) months, to run concurrently with the term of imprisonment he is currently serving in the Arkansas Department of Correction in Arkansas Criminal Case Numbers 2002-71 and 2002-78.

It is recommended that Austin's time be served in the Federal Correction Institute, Forrest City, Arkansas.  During his incarceration, it is recommended that Austin participate in nonresidential substance abuse treatment.  Upon release from incarceration, Austin shall serve two years of supervised release.  He is required to participate, under the guidance and supervision of the United States Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment.  Further, Austin shall abstain from the use of alcohol throughout the course of treatment.  All general and standard conditions previously imposed remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED this 4th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE